# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chuang, Theodore D. | United States District Court, District of Maryland | 05/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisor | Asian Pacific American Bar Association of Maryland |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 05/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | National Immigration Forum - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | January 13-14, 2020 | Cambridge, MA | Speaker at a Law School Class | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 05/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.  Cenlar | Mortgage on rental property, Brookline, MA | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chuang, Theodore D.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Brookline, MA | E | Rent | O | W | | | | | |
| 2. Citibank Cash Accounts | A | Interest | O | T | | | | | |
| 3. Emigrant Direct Cash Account | A | Interest | K | T | | | | | |
| 4. Fidelity Dividend Growth Fund | B | Dividend | L | T | | | | | |
| 5. Lord Abbett Affiliated A Fund | D | Dividend | N | T | | | | | |
| 6. Brokerage Account #1 (H) | | | | | | | | | |
| 7. - BNY Mellon International Stock Index Fund | A | Dividend | K | T | | | | | |
| 8. - BNY Mellon Mid Cap Index Fund | D | Dividend | L | T | | | | | |
| 9. - Janus Henderson Global Research Fund | B | Dividend | L | T | | | | | |
| 10. - Janus Henderson Growth & Income Fund | B | Dividend | K | T | | | | | |
| 11. - Loomis Sayles Bond Fund | B | Dividend | K | T | | | | | |
| 12. - Oakmark Fund | A | Dividend | M | T | | | | | |
| 13. - Schwab S&P 500 Fund | B | Dividend | L | T | | | | | |
| 14. - Schwab Small Cap Index Fund | B | Dividend | L | T | | | | | |
| 15. Brokerage Account #2 (H) | | | | | | | | | |
| 16. - Schwab Bank | A | Int./Div. | J | T | | | | | |
| 17. - Schwab 1000 Fund | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.  - Schwab Core Equity Fund | B | Dividend | K | T | | | | | |
| 19. Brokerage Account #3 (H) | | | | | | | | | |
| 20.  - Morgan Stanley Bank (X) | A | Interest | J | T | | | | | |
| 21.  - Cisco Systems stock | A | Dividend | J | T | | | | | |
| 22.  - Invesco Diversified Dividend A | B | Dividend | K | T | | | | | |
| 23.  - Microsoft Corporation stock | A | Dividend | K | T | | | | | |
| 24.  - Invesco QQQ Trust (QQQ) | A | Dividend | K | T | | | | | |
| 25. IRA #1 (H) | | | | | | | | | |
| 26.  - Janus Henderson Growth & Income Fund | A | Dividend | K | T | | | | | |
| 27.  - Oakmark Fund | A | Dividend | K | T | | | | | |
| 28.  - Schwab 1000 Fund | B | Dividend | K | T | | | | | |
| 29. IRA #2 (H) | | | | | | | | | |
| 30.  - Schwab Bank | A | Int./Div. | J | T | | | | | |
| 31.  - Columbia Global Equity (formerly Energy & Natural Resources Fund) | A | Dividend | J | T | | | | | |
| 32.  - Oakmark Fund | A | Dividend | K | T | | | | | |
| 33.  - Schwab 1000 Fund | B | Dividend | K | T | | | | | |
| 34.  - Schwab Small Cap Index Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  - Invesco QQQ Trust (QQQ) | A | Dividend | K | T | Buy | 03/13/20 | J | | |
| 36.  IRA #3 (H) | | | | | | | | | |
| 37.  -Fidelity Freedom 2030 | D | Dividend | M | T | | | | | |
| 38.  Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 39.  IRA #3.5 (H) | | | | | | | | | |
| 40.  Fidelity Freedom 2030 | C | Dividend | L | T | | | | | |
| 41.  IRA#4 (H) | | | | | | | | | |
| 42.  -Fidelity Freedom 2030 | B | Dividend | K | T | | | | | |
| 43.  -Fidelity Freedom 2035 | C | Dividend | K | T | | | | | |
| 44.  IRA#5 (H) | | | | | | | | | |
| 45.  - Vanguard Life Strategy Growth Fund | C | Dividend | M | T | | | | | |
| 46.  My 529 Age Based Aggressive Global | C | Dividend | M | T | Sold (part) | 01/06/20 | K | E | |
| 47. | | | | | Sold (part) | 08/13/20 | K | E | |
| 48.  Maryland College Investment Plan Portfolio 2024 | | None | N | T | | | | | |
| 49.  Northwestern Mutual Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 50.  U.S. Govt. Securities Series EE Bonds | | None | L | T | | | | | |
| 51.  401(k) #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. John Hancock Multimanager 2035 Lifetime | | None | M | T | Buy (add'l) | 01/29/20 | J | | |
| 53. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 54. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 55. | | | | | Buy (add'l) | 04/28/20 | J | | |
| 56. | | | | | Buy (add'l) | 05/28/20 | J | | |
| 57. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 58. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 59. | | | | | Buy (add'l) | 08/27/20 | J | | |
| 60. | | | | | Buy (add'l) | 09/29/20 | J | | |
| 61. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 62. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 63. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 64. IRA#6 (H) | | | | | | | | | |
| 65. Schwab Bank | A | Interest | M | T | | | | | |
| 66. Agilent Technologies | A | Dividend | J | T | | | | | |
| 67. Comcast Corporation | A | Dividend | | | Sold | 01/15/20 | J | A | |
| 68. Ford Motor Co. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. General Electric Co. | A | Dividend | J | T | | | | | |
| 70. Keysight Tech, Inc. | A | Dividend | J | T | | | | | |
| 71. Microsoft Corp. | A | Dividend | K | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 72. Oracle Corp. | A | Dividend | J | T | | | | | |
| 73. Walt Disney Co. | A | Dividend | K | T | | | | | |
| 74. Aberdeen Int'l Equity Fund | A | Dividend | J | T | | | | | |
| 75. Federated Kaufmann Fund | C | Dividend | L | T | | | | | |
| 76. Schwab S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 77. Schwab Small Cap Index Fund | A | Dividend | J | T | | | | | |
| 78. IRA #7 (H) (now combined into IRA #6) | | | | | | | | | |
| 79. Healthcare Select Sector SPDR Fund (XLV) | A | Dividend | J | T | Sold<br>(part) | 03/18/20 | J | A | |
| 80. Cons Discret Select Sector SPDR Fund (XLY) | A | Dividend | J | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 81. The Financial Select Sector SPDR Fund (XLF) | A | Dividend | J | T | | | | | |
| 82. The Technology Select Sector SPDR Fund (XLK) | A | Dividend | J | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 83. Invesco QQQ TR (QQQ) | A | Dividend | K | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 04/09/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chuang, Theodore D.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | Buy<br>(add'l) | 04/17/20 | J | | |
| 87.  Wells Fargo & Co New (WFC) | A | Dividend | J | T | | | | | |
| 88.  IShares MSCI Emerging Mkts ETF (EEM) | A | Dividend | | | Sold | 03/16/20 | J | | |
| 89.  SPDR S&P Dividend Fund (SDY) | A | Dividend | J | T | Sold<br>(part) | 03/16/20 | J | | |
| 90. | | | | | Sold<br>(part) | 03/18/20 | J | | |
| 91.  SPDR S&P Regional Banking ETF (KRE) | A | Dividend | | | Sold | 02/28/20 | J | | |
| 92.  IShares MSCI China ETF (MCHI) | A | Dividend | | | Sold<br>(part) | 03/12/20 | J | | |
| 93. | | | | | Sold<br>(part) | 03/16/20 | J | | |
| 94. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 95. | | | | | Sold | 07/31/20 | J | | |
| 96.  IShares US Aerospace & Def ETF (ITA) | A | Dividend | J | T | | | | | |
| 97.  First Trust DJ Internet (FDN) (X) | | None | J | T | Buy | 04/17/20 | J | | |
| 98.  First Trust Value (FVD) (X) | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 99.  Alibaba Group HLDG Ltd. common stock (BABA) | A | Dividend | | | Sold | 07/29/20 | K | C | |
| 100.  Amgen, Inc. common stock (AMGN) | B | Dividend | L | T | Sold<br>(part) | 04/16/20 | J | | |
| 101.  Apple, Inc. common stock (AAPL) | A | Dividend | K | T | | | | | |
| 102.  Applied Materials, Inc. common stock (AMAT) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>  (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>  (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>  (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chuang, Theodore D.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Cisco common stock (CSCO) | A | Dividend | | | Sold | 02/27/20 | J | | |
| 104.  Johnson & Johnson common stock (JNJ) | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 105.  Cons Staples Sel Sect SPDR Fund (XLP) | A | Dividend | J | T | | | | | |
| 106.  IShares MSCI Brazil ETF (EWZ) | A | Dividend | | | Sold | 02/27/20 | J | | |
| 107.  Comm Serv Select Sector SPDR (XLC) | A | Dividend | J | T | | | | | |
| 108.  Utilities Sel Sect SPDR Fund (XLU) | A | Dividend | J | T | | | | | |
| 109.  Lord Abbett Ultra Short Bond Fund (LUBFX) | A | Dividend | J | T | | | | | |
| 110.  IShares MSCI India ETF (INDA) | A | Dividend | | | Sold | 03/06/20 | J | | |
| 111.  Starbucks common stock (SBUX) | A | Dividend | J | T | Sold<br>(part) | 03/16/20 | J | | |
| 112.  Amazon common stock (AMZN) | A | Dividend | | | Sold | 07/30/20 | J | C | |
| 113.  Alphabet, Inc. Class A common stock (GOOGL) | A | Dividend | J | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 115.  Microsoft Corp common stock (MSFT) | A | Dividend | K | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 116.  IShares Russell 2000 Growth ETF (IWO) | A | Dividend | | | Sold | 03/10/20 | J | | |
| 117.  Industrial Sel Sec SPDR Fund (XLI) | A | Dividend | J | T | | | | | |
| 118.  IShares PHLX Semiconductor (SOXX) | A | Dividend | J | T | | | | | |
| 119.  IShares Russell Midcap G ETF (IWP) | A | Dividend | | | Sold | 03/18/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  SPDR S&P Homebuilders (XHB) | A | Dividend | | | Sold | 03/16/20 | J | | |
| 121.  First Trust NYSE ARCA (FBT) | A | Dividend | J | T | | | | | |
| 122.  MasterCard, Inc. Class A common stock (MA) | A | Dividend | J | T | | | | | |
| 123.  SPDR Gold Tr Gold SHS (GLD) | A | Dividend | J | T | Buy (add'l) | 03/09/20 | J | | |
| 124. | | | | | Sold (part) | 04/17/20 | J | A | |
| 125.  IShares Silver Shares (SLV) | A | Dividend | | | Sold | 03/16/20 | J | | |
| 126.  JPMorgan Chase common stock (JPM) | A | Dividend | J | T | | | | | |
| 127.  First Trust Rising Div Achiev (RDVY) | A | Dividend | J | T | | | | | |
| 128.  Verizon Communications common stock (X) | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 129.  Guggenheim Limited Duration (GILHX) (X) | A | Dividend | J | T | Buy | 03/10/20 | J | | |
| 130.  IRA#6A (H) | | | | | | | | | |
| 131.  CGM Mutual Fund (LOMMX) (X) | A | Dividend | J | T | | | | | |
| 132.  Brokerage Account #4J (H) | | | | | | | | | |
| 133.  Schwab Bank | A | Interest | L | T | | | | | |
| 134.  Invesco FTSE RAFI Dev Mkts (PDN) | A | Dividend | | | Sold (part) | 02/28/20 | J | | |
| 135. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 136. | | | | | Sold | 09/04/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chuang, Theodore D. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Invesco FTSE FAFI (Emerging Mkts) (PXH) | A | Dividend | | | Sold (part) | 02/28/20 | J | | |
| 138. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 139. | | | | | Sold | 09/04/20 | J | A | |
| 140. Invesco FTSE RAFI US 1000 (PRF) | A | Dividend | | | Sold | 03/12/20 | J | | |
| 141. Invesco FTSE RAFI US 1500 (PRFZ) | A | Dividend | | | Sold (part) | 02/28/20 | J | | |
| 142. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 143. | | | | | Sold (part) | 06/29/20 | J | A | |
| 144. | | | | | Sold | 09/04/20 | J | B | |
| 145. Invesco FTSE RAFI Dev Mkts Ex-US (PXF) (X) | A | Dividend | | | Buy | 02/28/20 | J | | |
| 146. | | | | | Sold (part) | 04/23/20 | J | | |
| 147. | | | | | Sold | 09/04/20 | J | A | |
| 148. IShares Core MSCI (IEMG) | A | Dividend | | | Sold | 03/12/20 | J | | |
| 149. IShares Core US REIT (USRT) | A | Dividend | | | Sold | 03/17/20 | J | | |
| 150. IShares Gold ETF (IAU) | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 151. IShares Broad USD HG YLD (USHY) | A | Dividend | | | Buy | 03/12/20 | J | | |
| 152. | | | | | Sold | 06/25/20 | J | A | |
| 153. Schwab Fundamental INL (FNDF) | A | Dividend | | | Sold (part) | 02/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chuang, Theodore D.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 04/23/20 | J | | |
| 155. | | | | | Sold | 09/04/20 | J | A | |
| 156. Schwab Fundamental Emerging Markets (FNDE) (X) | A | Dividend | | | Buy | 02/28/20 | J | | |
| 157. | | | | | Sold (part) | 04/16/20 | J | | |
| 158. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 159. | | | | | Sold | 09/04/20 | J | A | |
| 160. Schwab Fundamental Intl Smal Com (FNDC) (X) | A | Dividend | | | Buy | 02/28/20 | J | | |
| 161. | | | | | Sold | 04/16/20 | J | | |
| 162. Schwab Fundamental US Small Com (FNDA) (X) | A | Dividend | | | Buy | 02/28/20 | J | | |
| 163. | | | | | Sold | 04/16/20 | J | | |
| 164. Schwab Fundamental US Large (FNDX) (X) | A | Dividend | | | Buy | 03/12/20 | J | | |
| 165. | | | | | Sold (part) | 06/25/20 | J | A | |
| 166. | | | | | Sold | 09/04/20 | J | B | |
| 167. Schwab Intermediate Term (SCHR) | A | Dividend | | | Sold (part) | 03/23/20 | J | A | |
| 168. | | | | | Sold | 06/25/20 | J | A | |
| 169. Schwab International Small Cap (SCHC) | A | Dividend | | | Sold | 03/12/20 | J | | |
| 170. Schwab US Small Cap ETF (SCHA) | A | Dividend | | | Sold (part) | 03/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chuang, Theodore D.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 04/23/20 | J | | |
| 172. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 173. | | | | | Sold | 09/04/20 | J | A | |
| 174. Schwab US TIPS ETF (SCHP) | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 175. Schwab International Equity ETF (SCHF)<br>(X) | A | Dividend | | | Buy | 03/11/20 | J | | |
| 176. | | | | | Sold | 04/16/20 | J | | |
| 177. Schwab Emerging Markets Equity (SCHE)<br>(X) | A | Dividend | | | Buy | 03/12/20 | J | | |
| 178. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 179. | | | | | Sold | 09/04/20 | J | A | |
| 180. Schwab US REIT ETF (SCHH) (X) | A | Dividend | | | Buy | 03/17/20 | J | | |
| 181. | | | | | Sold | 09/04/20 | J | A | |
| 182. Schwab US Large Cap ETF (SCHX) (X) | A | Dividend | | | Buy | 03/23/20 | J | | |
| 183. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 184. | | | | | Sold | 09/04/20 | J | B | |
| 185. Schwab US Tips ETF (SCHP) (X) | A | Dividend | | | Buy | 06/25/20 | J | | |
| 186. | | | | | Sold | 09/04/20 | J | A | |
| 187. SPDR Bloomberg Barclays (EBND) | A | Dividend | | | Sold | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chuang, Theodore D.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Vanguard FTSE Developed (VEA) | A | Dividend | | | Sold (part) | 03/11/20 | J | | |
| 189. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 190. | | | | | Sold | 09/04/20 | J | A | |
| 191. Vanguard Mortgage Backed (VMBS) | A | Dividend | | | Sold (part) | 06/25/20 | J | A | |
| 192. | | | | | Sold | 09/04/20 | J | A | |
| 193. Vanguard S&P 500 ETF (VOO) | A | Dividend | | | Sold | 03/23/20 | J | | |
| 194. Vanguard SmalL Cap ETF (VB) (X) | A | Dividend | | | Buy | 03/09/20 | J | | |
| 195. | | | | | Sold (part) | 04/23/20 | J | | |
| 196. | | | | | Sold | 09/04/20 | J | A | |
| 197. Vanguard FTSE All World Ex US (VSS) (X) | A | Dividend | | | Buy | 03/12/20 | J | | |
| 198. | | | | | Sold | 09/04/20 | J | A | |
| 199. Vanguard Intermediate Term CO ETF IV (VCIT) (X) | A | Dividend | | | Buy | 06/25/20 | J | | |
| 200. | | | | | Sold | 09/04/20 | J | A | |
| 201. XTrackers Inter Real Estate (HAUZ) | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 202. XTrackers USD High Yield (HYLB) | A | Dividend | | | Sold | 03/12/20 | J | | |
| 203. Brokerage Account #4C (H) | | | | | | | | | |
| 204. Schwab Bank | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chuang, Theodore D.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Schwab US REIT (SCHH) | A | Dividend | J | T | | | | | |
| 206. Schwab Emerging Markets (SCHE) | A | Dividend | J | T | Buy<br>(add'l) | 06/24/20 | J | | |
| 207. Schwab Funda Emg Markets (FNDE) | A | Dividend | J | T | Buy<br>(add'l) | 06/24/20 | J | | |
| 208. Schwab Fundamental INL Large (FNDF) | A | Dividend | J | T | | | | | |
| 209. Schwab Fundamental INTL Small (FNDC) | A | Dividend | J | T | | | | | |
| 210. Schwab Fundamental US Large (FNDX) | A | Dividend | J | T | Sold<br>(part) | 06/24/20 | J | | |
| 211. Schwab Fundamental US Small (FNDA) | A | Dividend | J | T | | | | | |
| 212. Schwab International (SCHF) | A | Dividend | J | T | | | | | |
| 213. Schwab International Small Cap (SCHC) | A | Dividend | J | T | | | | | |
| 214. Schwab US Large Cap EFT (SCHX) | A | Dividend | J | T | | | | | |
| 215. Schwab US Small Cap ETF (SCHA) | A | Dividend | J | T | | | | | |
| 216. Brokerage Account #4K (H) | | | | | | | | | |
| 217. Schwab Bank (X) | A | Interest | L | T | | | | | |
| 218. Schwab US REIT (SCHH) (X) | A | Dividend | | | Sold | 09/04/20 | J | | |
| 219. Schwab Emerging Markets (SCHE) | A | Dividend | | | Buy<br>(add'l) | 06/24/20 | J | | |
| 220. | | | | | Sold | 09/04/20 | J | A | |
| 221. Schwab Fundamental US Small (FNDA) | A | Dividend | | | Sold | 09/04/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chuang, Theodore D.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Schwab Funda Emg Markets (FNDE) | A | Dividend | | | Buy (add'l) | 06/24/20 | J | | |
| 223. | | | | | Sold | 09/04/20 | J | | |
| 224. Schwab Fundamental INL Large (FNDF) | A | Dividend | | | Sold | 09/04/20 | J | | |
| 225. Schwab Fundamental INTL Small (FNDC) | A | Dividend | | | Sold | 09/04/20 | J | | |
| 226. Schwab Fundamental US Large (FNDX) | A | Dividend | | | Buy (add'l) | 03/16/20 | J | | |
| 227. | | | | | Sold (part) | 06/24/20 | J | | |
| 228. | | | | | Sold | 09/04/20 | J | A | |
| 229. Schwab Fundamental US Small (FNDA) | A | Dividend | | | Buy (add'l) | 03/16/20 | J | | |
| 230. | | | | | Sold | 09/04/20 | J | | |
| 231. Schwab International (SCHF) | A | Dividend | | | Buy (add'l) | 03/16/20 | J | | |
| 232. | | | | | Sold (part) | 06/25/20 | J | | |
| 233. | | | | | Sold | 09/04/20 | J | A | |
| 234. Schwab International Small Cap (SCHC) | A | Dividend | | | Sold | 09/04/20 | J | | |
| 235. Schwab US Large Cap EFT (SCHX) | A | Dividend | | | Sold | 09/04/20 | J | B | |
| 236. Schwab US Small Cap ETF (SCHA) | A | Dividend | | | Sold | 09/04/20 | J | | |
| 237. Vanguard Small Cap ETF IV: (VB) | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 238. Invesco FTSE RAFI (PXF) (X) | A | Dividend | | | Buy | 03/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chuang, Theodore D.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold<br>(part) | 06/24/20 | J | A | |
| 240. | | | | | Sold | 09/04/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chuang, Theodore D.** | 05/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodore D. Chuang**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544